**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 03-7409**

───────────

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

HASSAAN HAAKIM RASHAAD,

Defendant - Appellant.

───────────

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte.  Lacy H. Thornburg, District Judge. (CR-01-195)

───────────

Submitted:  November 6, 2003        Decided:  November 20, 2003

───────────

Before WIDENER, MICHAEL, and TRAXLER, Circuit Judges.

───────────

Affirmed by unpublished per curiam opinion.

───────────

Hassaan Haakim Rashaad, Appellant Pro Se.  Anne Magee Tompkins, Assistant United States Attorney, Charlotte, North Carolina, for Appellee.

───────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Hassaan Haakim Rashaad appeals the district court's order denying Rashaad's motion for production of transcripts at Government expense. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See United States v. Rashaad, No. CR-01-195 (W.D.N.C. filed Aug. 18, 2003 & entered Aug. 19, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

                                                                                    AFFIRMED

2